**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1970**

_____

In re: MITCHELL SWAIN,

      Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Greenville.  (4:07-cr-00062-D-1)

_____

Submitted:  September 29, 2023                          Decided:  October 11, 2023

_____

Before WYNN and THACKER, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Mitchell Swain, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Swain petitions for a writ of mandamus, alleging that the district court has unduly delayed in adjudicating his motion for sentencing relief under § 404(b) of the First Step Act. This motion was pending before the district court upon remand from this court. *See United States v. Swain*, 49 F.4th 398, 403-04 (4th Cir. 2022). Swain seeks an order from this court directing the district court to act, but our review of the district court's docket reveals that the district court granted Swain's motion on September 29, 2023. Accordingly, because the district court has recently decided Swain's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*